# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| CHRISTOPHER SATHER, <br><br> Plaintiff, <br><br> vs. <br><br> DIAMOND JO WORTH, LLC, <br><br> Defendant. | No. 22-CV-3042 CJW-MAR <br><br> **SETTLEMENT ORDER AND ASSESSMENT OF COSTS** |

Trial was scheduled to commence in this case on May 6, 2024. The Court was notified on the night of May 5, 2024, that this case had settled and the parties anticipated no further action other than the filing of a stipulated dismissal. Accordingly, all pending deadlines are hereby suspended. Under Local Rule 83B(b), juror costs will be assessed equally against the parties and their counsel because the Court was notified on the eve of trial that this case had settled. The total costs (statutory attendance fee, mileage, subsistence and other costs) equals $1,313.59. *See* attached Cost Assessment Bill.

**IT IS ORDERED**

1. The Clerk of Court is directed to close this case for statistical purposes and remove it from the trial calendar.

2. The parties must file closing documents to dismiss the case, pursuant to Federal Rule of Civil Procedure 41. The parties are granted **thirty (30) days** from the date of this order. If the case has not been dismissed within **thirty (30) days**, and/or counsel have not filed a written status report, this case will be dismissed following notice pursuant to Local Rule 41(c).

3. The parties are directed to each pay 50% of the cost assessment bill ($656.80) within 30 days of the date of this order. Payment is to be made to the Clerk of Court for the Northern District of Iowa.

**IT IS SO ORDERED** this 7th day of May, 2024.

_____
C.J. Williams, Chief Judge
United States District Court
Northern District of Iowa