IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF IOWA CENTRAL DIVISION

| | |
|---|---|
| CHRISTOPHER SATHER,<br><br>Plaintiff,<br><br>v.<br><br>DIAMOND JO WORTH, L.L.C.,<br><br>Defendant. | Case No. 3:22-cv-03042-MAR<br><br><br>**STIPULATED DISMISSAL WITH PREJUDICE** |

COME NOW, the Parties, by and through their Counsel, and pursuant to Federal Rule of Civil Procedure 41, hereby dismiss this matter with prejudice. The parties have signed off for their respective costs.

Dated: June 6, 2024

/s/ Nicholas L. Shaull
Nicholas L. Shaull
MaKayla J. Augustine
Spaulding & Shaull, P.L.C.
2423 Ingersoll Avenue
Des Moines, IA 50312
Phone: (515) 277-6559
Fax: (515) 277-7536
E: nick.shaull@sslawplc.com
E: makayla.augustine@sslawplc.com

John S. Beckmann
Hoversten, Johnson, Beckmann & Hovey
807 West Oakland Avenue
Austin, MN 55912
Phone: (507) 433-3483
Fax: (507) 433-7889
E: jbeckmann@hoverstenlaw.com
ATTORNEYS FOR PLAINTIFF

/s/ Edward Fuerste Henry
Edward Fuerste Henry
Fuerste, Carew, Juergens, &
Sudmeier, P.C.
890 Main Street, Suite 200
Dubuque, IA 52001
Phone: (563) 556-4011
Fax: (563) 556-7134
E: EHenry@fuerstelaw.com
ATTORNEY FOR DEFENDANT